**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

| | | |
|---|---|---|
| JASON M. BROWN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 1:14-cv-00131-GZS |
| | ) | |
| OXFORD COUNTY SHERIFF'S DEPARTMENT, | ) ) | |
| | ) | |
| Defendant | ) | |

**ORDER AFFIRMING THE**
**RECOMMENDED DECISION OF THE MAGISTRATE JUDGE**

No objections having been filed to the Magistrate Judge's Recommended Decision (ECF No. 12) filed August 11, 2014, the Recommended Decision is **AFFIRMED**.

Accordingly, it is **ORDERED** that:

(1) Defendant's Motion to Dismiss (ECF No. 10) is hereby **GRANTED**

(2) Plaintiff's Complaint is hereby **DISMISSED**.

                                                                               /s/ George Z. Singal
                                                                               United States District Judge

Dated this 8th day of September, 2014.